IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

INDIGO LR LLC and CHRIS
EAKIN, on behalf of himself and
others similarly situated                                                            PLAINTIFFS

v.                            Case No. 4:10-cv-1657-DPM

STEPHEN WHITWELL; ADVANCED
INSURANCE BROKERAGE OF
AMERICA INC.; MATT LILE; and
EMPLOYERS CHOICE HEALTH PLAN                            DEFENDANTS

ORDER

Motion to quash, *Document No. 57*, denied. Although Cosmopolitan's Receiver has shown that the subpoena may be inconvenient, he has not shown undue burden in producing the requested documents for inspection again. He may, however, request an award of any duplicative costs he incurs as a result of complying with the subpoena.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 Nov. 2011