IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

INDIGO LR LLC and CHRIS
EAKIN, on behalf of himself and
others similarly situated                                              PLAINTIFFS

v.                           No. 4:10-cv-1657-DPM

ADVANCED INSURANCE BROKERAGE OF
AMERICA INC., a/k/a Advanced Inusrance
Administration; MATT LILE; and
EMPLOYERS CHOICE HEALTH PLAN                                           DEFENDANTS

## JUDGMENT

Indigo and Eakin's amended proposed-class complaint, *Document No. 42*, is dismissed without prejudice for lack of standing.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 August 2012