IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**INDIGO LR LLC and CHRIS
EAKIN, on behalf of himself and
others similarly situated**                              **PLAINTIFFS**

v.                              **No. 4:10-cv-1657-DPM**

**ADVANCED INSURANCE BROKERAGE OF
AMERICA INC., a/k/a Advanced Inusrance
Administration; MATT LILE; and
EMPLOYERS CHOICE HEALTH PLAN**                 **DEFENDANTS**

## JUDGMENT

Indigo and Eakin's amended proposed-class complaint, *Document No.*

42, is dismissed without prejudice for lack of standing.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

8 August 2012